IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDI DOCI,

      Appellant,

v.

Case No.  5D21-3109
LT Case No. 05-2021-MM-031812-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 21, 2023

Appeal from the County Court
for Brevard County,
Judith E. Atkin, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.